B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **First National Building I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **26-0195116** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **16661 Ventura Boulevard, Suite 600 Sherman Oaks, CA** ZIP Code **91423** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **120 North Robinson Avenue Oklahoma City, OK 73102** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **First National Building I, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **Roosevelt Lofts, LLC** | Case Number: **09-14214** | Date Filed: **4/13/09** |
| District: **Central District - San Fernando Valley** | Relationship: | Judge: **Mund** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**First National Building I, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ David L. Neale**
Signature of Attorney for Debtor(s)

**David L. Neale 141225**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

_____
Telephone Number

**October 7, 2010          141225**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ M. Aaron Yashouafar**
Signature of Authorized Individual

**M. Aaron Yashouafar**
Printed Name of Authorized Individual

**Manager of FNC-M I, LLC, Manager of Debtor**
Title of Authorized Individual

**October 7, 2010**
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>**141225**<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**First National Building I, LLC**<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists                    Date Filed: _____
☑ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☐ Other: _____                   Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     Date  10/7/10
*Signature of Authorized Signatory of Filing Party*

**M. Aaron Yashouafar**
*Printed Name of Authorized Signatory of Filing Party*

**Manager of FNC-M I, LLC**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     Date  10/7/10
*Signature of Attorney for Filing Party*

**David L. Neale 141225**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

## CERTIFICATE OF FIRST NATIONAL BUILDING I, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, M. Aaron Yashouafar, hereby certify as follows:

1.  I am the Manager of FNC-M I, LLC, the manager of First National Building I, LLC (the "Company").

2.  At a special meeting of the Company's members, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that M. Aaron Yashouafar or his designee ("Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;
>
> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;
>
> **FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes

of, among other things, representing the Company in its Chapter 11 case.

Dated: October 7, 2010

FIRST NATIONAL BUILDING I, LLC

By: FNC-M I, LLC
    Its: Manager

    By: _____
        M. Aaron Yashouafar
        Its Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **First National Building I, LLC**                                    Case No.

                                        Debtor(s)                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Thyssenkrupp Elevator, Inc.** <br> **2801 Network Blvd., Suite 700** <br> **Frisco, TX 75034** | **Thyssenkrupp Elevator, Inc.** <br> **2801 Network Blvd., Suite 700** <br> **Frisco, TX 75034** | | **Disputed** | **591,731.00** |
| **LVI Environmental Service** <br> **12 Oak Drive** <br> **Shawnee, OK 74804** | **LVI Environmental Service** <br> **12 Oak Drive** <br> **Shawnee, OK 74804** | | | **341,204.50** |
| **Trigen** <br> **P.O. Box 681038** <br> **Milwaukee, WI 53268-1038** | **Trigen** <br> **P.O. Box 681038** <br> **Milwaukee, WI 53268-1038** | | **Disputed** | **313,007.32** |
| **Cushman & Wakefield of Texas, Inc.** <br> **1330 Post Oak Blvd., Suite 2700** <br> **Houston, TX 77056** | **Cushman & Wakefield of Texas, Inc.** <br> **1330 Post Oak Blvd., Suite 2700** <br> **Houston, TX 77056** | | | **184,369.80** |
| **OG&E Electric Services** <br> **P.O. Box 24990** <br> **Oklahoma City, OK 73124** | **OG&E Electric Services** <br> **P.O. Box 24990** <br> **Oklahoma City, OK 73124** | | | **82,549.93** |
| **Superior Security** <br> **806 West Ayre** <br> **Shawnee, OK 74801** | **Superior Security** <br> **806 West Ayre** <br> **Shawnee, OK 74801** | | **Disputed** | **64,686.98** |
| **Williams Automatic Sprinklers** <br> **4100 N. Walnut** <br> **Oklahoma City, OK 73105** | **Williams Automatic Sprinklers** <br> **4100 N. Walnut** <br> **Oklahoma City, OK 73105** | | | **43,180.96** |
| **Transwestern** <br> **6700 Rockledge Drive, Suite 400-A** <br> **Bethesda, MD 20817** | **Transwestern** <br> **6700 Rockledge Drive, Suite 400-A** <br> **Bethesda, MD 20817** | | **Disputed** | **37,155.54** |
| **First Maintenance Co.** <br> **208 NW 60th** <br> **Oklahoma City, OK 73118** | **First Maintenance Co.** <br> **208 NW 60th** <br> **Oklahoma City, OK 73118** | | | **25,321.02** |
| **Schindler Elevator** <br> **3168 S. 108th East Ave. Suite 370** <br> **Tulsa, OK 74146** | **Schindler Elevator** <br> **3168 S. 108th East Ave. Suite 370** <br> **Tulsa, OK 74146** | | | **22,946.62** |

B4 (Official Form 4) (12/07) - Cont.

In re  **First National Building I, LLC**                                    Case No.
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Republice Parking**<br>P.O. Box 2404<br>Oklahoma City, OK 73101 | Republice Parking<br>P.O. Box 2404<br>Oklahoma City, OK 73101 | | | **19,358.84** |
| **Superior Fire Protection**<br>2020 South Nicklas Avenue<br>Oklahoma City, OK 73128 | Superior Fire Protection<br>2020 South Nicklas Avenue<br>Oklahoma City, OK 73128 | | | **18,453.00** |
| **Main Street Parking**<br>119 West Main<br>Oklahoma City, OK 73102 | Main Street Parking<br>119 West Main<br>Oklahoma City, OK 73102 | | | **16,924.98** |
| **Dane & Associates**<br>4721 S.W. 18<br>Oklahoma City, OK 73128 | Dane & Associates<br>4721 S.W. 18<br>Oklahoma City, OK 73128 | | Disputed | **16,912.97** |
| **Guidon Inc.**<br>P.O. Box 18209<br>Oklahoma City, OK 73154 | Guidon Inc.<br>P.O. Box 18209<br>Oklahoma City, OK 73154 | | Disputed | **16,484.00** |
| **Cox System Technology**<br>3121 S. Lakeside Drive<br>Oklahoma City, OK 73179 | Cox System Technology<br>3121 S. Lakeside Drive<br>Oklahoma City, OK 73179 | | Disputed | **13,599.39** |
| **Emsco Electric Supply Co.**<br>1101 W. Sheridan Avenue<br>Oklahoma City, OK 73106 | Emsco Electric Supply Co.<br>1101 W. Sheridan Avenue<br>Oklahoma City, OK 73106 | | Disputed | **13,401.97** |
| **Forest Door & Window**<br>80 North Way<br>Oklahoma City, OK 73107 | Forest Door & Window<br>80 North Way<br>Oklahoma City, OK 73107 | | | **10,387.01** |
| **Cherokee Building**<br>100 Northeast 31st Street<br>Oklahoma City, OK 73105 | Cherokee Building<br>100 Northeast 31st Street<br>Oklahoma City, OK 73105 | | | **8,349.30** |
| **Firetrol Protection Systems**<br>108 NW 132nd Street<br>Oklahoma City, OK 73114 | Firetrol Protection Systems<br>108 NW 132nd Street<br>Oklahoma City, OK 73114 | | | **7,300.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of FNC-M I, LLC, Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 7, 2010**                    Signature  **/s/ M. Aaron Yashouafar**
                                                                    **M. Aaron Yashouafar**
                                                                    **Manager of FNC-M I, LLC, Manager of Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re  **First National Building I, LLC**  ,  Case No. _____

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alliance Property Investments, Inc.** | **Membership** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of FNC-M I, LLC, Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 7, 2010**            Signature  **/s/ M. Aaron Yashouafar**

**M. Aaron Yashouafar**
**Manager of FNC-M I, LLC, Manager of Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Roosevelt Lofts, LLC, Central District California - San Fernando Valley Division, Case No. 09-14214**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles, California**  , California.   /s/ **M. Aaron Yashouafar**
                                                          **M. Aaron Yashouafar**
Dated  **October 7, 2010**                                *Debtor*


                                                          *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  **David L. Neale 141225**

Address  **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years:<br>**First National Building I, LLC** | Case No.: |
|---|---|
| | Chapter:  **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **October 7, 2010**                     **/s/ M. Aaron Yashouafar**
                                               **M. Aaron Yashouafar**/**Manager of FNC-M I, LLC, Manager of Debtor**
                                               Signer/Title

Date:  **October 7, 2010**                     **/s/ David L. Neale**
                                               Signature of Attorney
                                               **David L. Neale 141225**
                                               **Levene, Neale, Bender, Yoo & Brill LLP**
                                               **10250 Constellation Blvd.**
                                               **Suite 1700**
                                               **Los Angeles, CA 90067**

.

First National Building I, LLC
16661 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91423


David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


Capmark Bank et al.
6955 Union Park Center, Suite 330
Midvale, UT 84047


Cherokee Building
100 Northeast 31st Street
Oklahoma City, OK 73105


Cox System Technology
3121 S. Lakeside Drive
Oklahoma City, OK 73179


Cushman & Wakefield of Texas, Inc.
1330 Post Oak Blvd., Suite 2700
Houston, TX 77056


Dane & Associates
4721 S.W. 18
Oklahoma City, OK 73128

```
Emsco Electric Supply Co.
1101 W. Sheridan Avenue
Oklahoma City, OK 73106


Firetrol Protection Systems
108 NW 132nd Street
Oklahoma City, OK 73114


First Maintenance Co.
208 NW 60th
Oklahoma City, OK 73118


Forest Door & Window
80 North Way
Oklahoma City, OK 73107


GableGotwals
One Leadership Square, 15th Floor
211 N. Robinson
Oklahoma City, OK 73102


Guidon Inc.
P.O. Box 18209
Oklahoma City, OK 73154


LVI Environmental Service
12 Oak Drive
Shawnee, OK 74804


Main Street Parking
119 West Main
Oklahoma City, OK 73102
```

```
OG&E Electric Services
P.O. Box 24990
Oklahoma City, OK 73124


Republice Parking
P.O. Box 2404
Oklahoma City, OK 73101


Schindler Elevator
3168 S. 108th East Ave. Suite 370
Tulsa, OK 74146


Superior Fire Protection
2020 South Nicklas Avenue
Oklahoma City, OK 73128


Superior Security
806 West Ayre
Shawnee, OK 74801


Thyssenkrupp Elevator, Inc.
2801 Network Blvd., Suite 700
Frisco, TX 75034


Transwestern
6700 Rockledge Drive, Suite 400-A
Bethesda, MD 20817


Trigen
P.O. Box 681038
Milwaukee, WI 53268-1038
```

```
Williams Automatic Sprinklers
4100 N. Walnut
Oklahoma City, OK 73105
```