DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
GWENDOLEN D. LONG (CA admission pending)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com, gdl@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors
And Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>FIRST NATIONAL BUILDING I, LLC and<br>FIRST NATIONAL BUILDING II, LLC,<br><br>            Debtors.<br>_____<br><br>__ Affects First National Building I, LLC Only<br><br>__ Affects First National Building II, LLC Only<br><br> X  Affects Both Debtors | Case No. 1:10-bk-22745-GM<br>Case No. 1:10-bk-22747-GM<br><br>Chapter 11<br><br><br><br><br>**NOTICE OF HEARING ON DEBTORS' EMERGENCY "FIRST DAY" MOTIONS**<br><br>Date:  October 13, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom "303"<br>           21041 Burbank Blvd.<br>           Woodland Hills, California |

1

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), TWENTY LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on October 13, 2010 at 10:00 a.m., the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, will consider the following emergency "first day" motions (collectively, the "Motions") filed by First National Building I, LLC, an Oklahoma limited liability company ("FNB I"), and First National Building II, LLC, an Oklahoma limited liability company ("FNB II," and together with FNB I, the "Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases:

1) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER FOR JOINT ADMINISTRATION OF CASES (filed in each of the Debtors' cases);

2) DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING;

3) DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE CONTINUED USE OF DEBTORS' CASH MANAGEMENT SYSTEM; and

4) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366 (the "Utility Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9075-1(a)(5), on October 8, 2010, copies of the Motions, together with all papers filed in support thereof, were served, via overnight mail (for receipt no later than Monday, October 11, 2010), upon the Office of the United States Trustee, the Debtors' secured creditors and their counsel (if known), the Debtors' twenty largest unsecured creditors, parties affected by the respective Motions, and other parties in interest. The Utility Motion was also served via overnight mail upon each of the utility companies with which the Debtors maintained a prepetition account.

1   This Notice of the hearings on the Motions was also served on October 8, 2010, via electronic
2   mail and/or overnight mail (for receipt no later than Monday, October 11, 2010), upon the
3   foregoing parties.

4   **PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain additional
5   copies of the Motions should contact proposed counsel for the Debtors at the address set forth in
6   the upper left-hand corner of this Notice.

7   **PLEASE TAKE FURTHER NOTICE** that any party wishing to object or be heard with
8   respect to any of the foregoing Motions must appear at the hearing.

9   Dated:  October 8, 2010              FIRST NATIONAL BUILDING I, LLC and
10                                        FIRST NATIONAL BUILDING II, LLC

11
                                          By:  */s/ Juliet Y. Oh*
12                                             DAVID L. NEALE
                                               JULIET Y. OH
13                                             GWENDOLEN D. LONG
                                               LEVENE, NEALE, BENDER, YOO
14                                                 & BRILL L.L.P.
                                               Proposed Attorneys for Chapter 11
15                                             Debtors and Debtors in Possession