DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
GWENDOLEN D. LONG (CA admission pending)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, jyo@lnbyb.com, gdl@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor-in-Possession

FILED & ENTERED

OCT 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:10-bk-22745-GM |
| FIRST NATIONAL BUILDING I, LLC, an Oklahoma limited liability company, | Chapter 11 |
| Debtor | **ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF OKLAHOMA** |

A hearing was held on October 13, 2010 at 10:00 a.m. (the "Hearing"), before the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, in Courtroom "303" located at 21041 Burbank Boulevard, Woodland Hills, California, to consider the various emergency "first day" motions filed by First National Building I, LLC, an Oklahoma limited liability company, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), and its affiliated debtor, First

National Building II, LLC, an Oklahoma limited liability company ("FNB II"), including a motion for the entry of an order, pursuant to 11 U.S.C. § 363(c), authorizing the Debtor and FNB II to use cash collateral on an emergency interim basis, pending a final hearing, in accordance with a joint operating budget submitted therewith. Appearances at the Hearing were made by David L. Neale and Juliet Y. Oh of Levene, Neale, Bender, Yoo & Brill L.L.P. on behalf of the Debtor and FNB II, and by H. Mark Mersel of Bryan Cave LLP on behalf of Capmark Bank and Capmark CDF Subfund VI LLC (collectively, the "Lender").

During the Hearing, the Court considered whether venue of the Debtor's case and the affiliated bankruptcy case of FNB II should be in the Central District of California or in the Western District of Oklahoma. The Court, having considered the statements and representations made by counsel at the Hearing, the entire record in this case and the case of FNB II, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor's bankruptcy case (Case No. 1:10-bk-22745-GM) is hereby transferred to the Western District of Oklahoma.

2. This Court shall retain jurisdiction for the limited purpose of entering an interim order authorizing the Debtor and FNB II to use cash collateral, upon the terms and conditions agreed to by the Debtor, FNB II and the Lender and set forth accordingly on the record of the Court at the Hearing.

1

2  3. All further hearings related to the Debtor's bankruptcy case shall be scheduled

3 pursuant to the Western District of Oklahoma calendar unless otherwise ordered by this Court.

4 <u>IT IS SO ORDERED.</u>

5 ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21 DATED: October 14, 2010       *[signature]*
                United States Bankruptcy Judge

22

23

24

25

3

| In re FIRST NATIONAL BUILDING I, LLC, Debtor. | CASE NUMBER 1:10-bk-22745-GM<br>CHAPTER 11 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF OKLAHOMA** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 13, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**By Overnight Mail:**
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 13, 2010 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**

| In re FIRST NATIONAL BUILDING I, LLC, Debtor. | CASE NUMBER 1:10-bk-22745-GM<br>CHAPTER 11 |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF OKLAHOMA** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 13, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9021-1.1**